CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

PATRICK WOODLEY
PLAINTIFF

2245 SAVANNAH TER.
Address (No Post Office Boxes)    S.E. #G1

WASH.        DC.    20020
City            State    Zip Code

Case: 1:23-cv-03411    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 11/14/2023
Description: Pro se. Gen Civ. (F-Deck)

VS.

CAPITOL REALTY GROUP
DEFENDANT

CIVIL ACTION NO. _____

Jury Trial: ☒ Yes    ☐ No

_____
Address (No Post Office Boxes)

_____
City            State    Zip Code

## COMPLAINT

SEE ATTACHMENTS
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

P. Woodley
Original Signature (in pen)

PATRICK WOODLEY
Name (if applicable, Prisoner ID No.)

2245 SAVANNAH TERR.
Address or Facility Address   SE.#G1

WASH. DC 20020
City        State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed

# JUDICIAL COUNCIL OF THE DISTRICT OF COLUMBIA CIRCUIT
# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866
202-216-7340

This form should be completed and mailed to the above address to the attention of the "Circuit Executive". The envelope should be marked "JUDICIAL MISCONDUCT COMPLAINT" or "JUDICIAL DISABILITY COMPLAINT". Do not put the name of the judge on the envelope.

The "Rules for Judicial-Conduct and Judicial-Disability Proceedings", adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. Your complaint (this form and the statement of facts) should be typewritten and must be legible. Only the original form and up to a five page statement of facts should be submitted. No copies are required.

1.  Name of Complainant: _PATRICK WOODLEY_

    Address: _2245 SAVANNAH TERR. S.E._ _#261_
    _20020_

    Telephone: _(202) 441-6584_

2.  Name(s) of Judge(s) complained about: _ROBERT RIGSBY_

    Court: _CIVIL #320_

3.  Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

    ☒ Yes    ◯ No

    If "yes" give the following information about each lawsuit (use reverse side if more than one):

    Court: _DISABILITY DISCRIMINATION_

    Case number: _2021-CA 2357B_

    Are (were) you a party or lawyer in the lawsuit?

    ☒ Party    ◯ Lawyer    ◯ Neither

    If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

    _____

    Docket number(s) of any appeals of above case(s) to the Court of Appeals, D.C. Circuit:

    _____

4.    Have you filed any lawsuits against the judge?

⊙ Yes    ⊗ No

If "yes" give the following information about each lawsuit (use the reverse side if more than one)

Court: _____

Case number: _____

Present status of lawsuit: _____

Your lawyer's name: _____

Address: _____

Telephone:    ( ___ ) ___ - ___

Court to which any appeal has been taken in the lawsuit against the judge: _____

Docket number of the appeal: _____

Present status of the appeal: _____

5.    **Brief Statement of Facts**. Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based on up to five single-sided pages (8.5 x 11"). Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation. See Rule 6 (a) for further information on what to include in your statement of facts.

**Declaration and Signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _P. Woodly_____    Date: _11-14-23_____

① MARIE HADDAD

TO WHOM IT MAY CONCERN

MY NAME PATRICK WOODLEY I HAVE A

CIVIL CASE BEFORE ROBERT RIGSBY AND

FOR SOME REASON THEY ARE TRYING TO

SABOTAGE MY CASE. EVERY HEARING

THE DID OR SAID SOMETHING UNFAIR. IN

OCT. I FILED 2 HOUSING MOTIONS.

IN THE HEARING ON DEC. 10. I ASKED

DID HE GET THE HOUSING MOTIONS HE SAID

NO. HE LIED IN COURT, IN JAN 22, I MISSED

A HEARING HE THROUGH MY CASE OUT.

THEN THE DEFENCE ATTORNY MISSED 3 OR 4

MEDIATIONS. THIS IS A DISABILITY DISCRIMINATION

CASE. WHAT I'M LOOKING FOR I M TRYING TO

STOP ANY EVICTION TALK AND GET BACK

IN COURT WITH A NEW JUDGE,

(2)

MY NUMBER - 202 - 441 - 6584

E-MAIL    PATRICK WOODLEY 15 @ GMAIL.COM

WITH THESE ESA LETTERS YOU HAVE
TO BE DISABLED TO GET THEM NOT ONLY
DID I HAVE 1 I HAVE 2.

HERE IS SOME PICTURES OF THE ASBESTOS.
VIOLATIONS
NO HEAT FOR 7 YRS.

NO REFRIGERATOR FOR 2 YRS.

NO TOILET FOR 1 YR.

THE ASBESTOS HAS BEEN EXPOSED FOR 2 YRS.

THE PROPERTY IS INFESTED WITH MICE AND
RATS. EXCEPT THE HEAT AND RODENTS THESE
THINGS ~~WHER~~ WERE DONE PURPOSELY.

PLEASE HELP!!!!
AND THE JUDGE SAID HE WAS DISABLED