UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK WOODLEY, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:23-cv-03411 (UNA) |
| CAPITOL REALTY GROUP, | ) |
| *Defendant*. | ) |

## MEMORANDUM AND ORDER

In November 2023, Plaintiff filed a *pro se* complaint, Dkt. 1, and an application for leave to proceed *in forma pauperis* (IFP), Dkt. 2. Upon review, the Court will grant the IFP application, and it will dismiss the complaint and this matter without prejudice.

Plaintiff, a resident of the District of Columbia, sues Capitol Realty Group, for which no address is provided, in contravention of D.C. Local Civil Rule 5.1(c)(1). The complaint refers to a series of attached exhibits that are left unexplained, *see* Dkt. 1 at 2–5; Dkt. 1-1, thus further failing to comply with Federal Rule of Civil Procedure 10(b) and with D.C. Local Civil Rule 5.1(d) and (e). Plaintiff's exhibits include a grievance against D.C. Superior Court Judge Robert R. Rigsby, intended for the Judicial Council of the District of Columbia Circuit (Circuit's Judicial Council). *See* Dkt. 1 at 2–5.

In the grievance, Plaintiff accuses Judge Rigsby—who is not named as a defendant in this matter—of unfairness and discrimination. *See id.* at 2, 4–5. He appears to ask this Court to review Judge Rigsby's actions and determinations in Superior Court civil actions involving Plaintiff and Capitol Realty Group. *See id*. This Court lacks jurisdiction over Plaintiff's complaint for two reasons.

1

*First*, this Court lacks jurisdiction to review decisions of the D.C. Superior Court.  *See Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994) (citing *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415–416 (1923)).

*Second*, this Court lacks jurisdiction over Plaintiff's grievance captioned for the Circuit's Judicial Council.  Such a complaint is to be filed with the Clerk of the D.C. Circuit, *see* 28 U.S.C. § 351(a), (c), and initially reviewed, through a specific administrative process, by the D.C. Circuit's Chief Judge, *see id.* §§ 351 (b)–(c), 352(a)–(b), not by this Court.[1]

For all of these reasons, the Court will dismiss this matter without prejudice.  *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(b)(ii).  It is **ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, Dkt. 2, is **GRANTED**, and it is further **ORDERED** that the complaint, Dkt. 1, and this case are **DISMISSED** without prejudice.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:  November 30, 2023

/s/ Ana C. Reyes

ANA C. REYES
United States District Judge

---

[1] The Court also notes that Plaintiff cannot file a grievance against Judge Rigsby with the Circuit's Judicial Council because the Council only reviews grievances regarding federal circuit, district, bankruptcy, or magistrate judges, *see id.* § 351(d)(1), and Judge Rigsby is a D.C. Superior Court judge.